IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Skinner, Ruthie M | Case Number: 07 B 14927 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 9/23/08 | Filed: 8/17/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: August 12, 2008
Confirmed: October 9, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 3,800.00 | |
| Secured: | | 862.90 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 237.10 |
| Other Funds: | | 0.00 |
| Totals: | 3,800.00 | 3,800.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Legal Helpers | Administrative | 2,700.00 | 2,700.00 |
| 2. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 3. | Citi Residential Lending Inc | Secured | 29,283.89 | 862.90 |
| 4. | Pay Day Loan Store Of Illinois | Unsecured | 37.92 | 0.00 |
| 5. | RMI/MCSI | Unsecured | 25.00 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 82.62 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 278.63 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 129.09 | 0.00 |
| 9. | Tri Cap Investment Partners | Unsecured | 103.19 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 87.12 | 0.00 |
| 11. | Commonwealth Edison | Unsecured | 156.18 | 0.00 |
| 12. | Nicor Gas | Unsecured | 301.24 | 0.00 |
| 13. | Argent Healthcare Fin | Unsecured | | No Claim Filed |
| 14. | Comcast | Unsecured | | No Claim Filed |
| 15. | Providian | Unsecured | | No Claim Filed |
| 16. | Harris & Harris | Unsecured | | No Claim Filed |
| 17. | D Tech | Unsecured | | No Claim Filed |
| 18. | City of Harvey | Unsecured | | No Claim Filed |
| 19. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 20. | Fifth Third Bank | Unsecured | | No Claim Filed |
| 21. | Money Control | Unsecured | | No Claim Filed |
| 22. | LVNV Funding | Unsecured | | No Claim Filed |
| 23. | Telecom USA | Unsecured | | No Claim Filed |
| 24. | Oak Forest Hospital | Unsecured | | No Claim Filed |
| 25. | Riscuity | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Skinner, Ruthie M | | Case Number: 07 B 14927 |
|---|---|---|---|
| | | | Judge: Goldgar, A. Benjamin |
| | Printed: 9/23/08 | | Filed: 8/17/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Prime Co | Unsecured | | No Claim Filed |
| 27. | Pinnacle Mangement Services Inc | Unsecured | | No Claim Filed |
| 28. | US Cellular | Unsecured | | No Claim Filed |
| 29. | TRSI | Unsecured | | No Claim Filed |
| 30. | Texas Inmate Phones | Unsecured | | No Claim Filed |
| 31. | TRS Recovery Services Inc | Unsecured | | No Claim Filed |
| 32. | Washington Mutual Providian | Unsecured | | No Claim Filed |
| 33. | South Suburban Cardiology | Unsecured | | No Claim Filed |
| 34. | Worldcom Wireless | Unsecured | | No Claim Filed |

```
                                    _____        _____
                                    $ 33,184.88       $ 3,562.90
```

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 48.60 |
| 6.5% | 188.50 |
| | _____ |
| | $ 237.10 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

